IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> DANCEWEAR SOLUTIONS, LLC, <br><br> Defendant. <br> _____/ | No. C 15-00522 JSW <br><br> **ORDER RE CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The Court has received the Consent Judgment and Permanent Injunction filed Plaintiff on April 27, 2015. The parties seek the Court's approval of that document. Although Defendants' corporate representatives have signed the consent judgment and permanent injunction on Defendant's behalf, there is no indication that Defendant is represented by counsel. The Court has no desire to upset the agreement reached, but because Defendant is a corporation, it cannot represent itself in this Court. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); Civil Local Rule 3-9(b). For that reason, the Court denies the request to enter the consent judgment at this time.

This matter will remain on the Court's case management calendar on May 8, 2015 at 11:00 a.m., and counsel for Plaintiff shall serve a copy of this Order on Defendant.

**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE